IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TERRENCE LAWS | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 17-cv-3961 |
| NANCY A. BERRYHILL<br>Acting Commissioner of Social Security | : | |

## ORDER

**AND NOW,** this 22nd day of August, 2018, it is hereby **ORDERED** that this case is **DISMISSED** with prejudice for lack of prosecution.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.